IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re                                                                       No. C 12-2484 WHA (PR)

CHANDRA KISHOR,                                            **ORDER OF DISMISSAL AND ADMINISTRATIVELY CLOSING CASE**

        Plaintiff.
_____/

        This case was opened on May 16, 2012, when plaintiff, a prisoner of the State of California, filed a letter complaining about actions by prison officials. That day, the clerk notified plaintiff that he had not filed a complaint, and that he had neither paid the filing fee nor filed an application to proceed in forma pauperis ("IFP"). Along with the notices, the clerk mailed to plaintiff the court's complaint and IFP forms, instructions for completing the forms, and a stamped return envelope. In the notices, plaintiff was informed that the case would be dismissed if he did not file a complaint, and pay the fee or file a completed IFP application, within thirty days. Plaintiff has written a letter to the clerk indicating that it was not his intent to file a civil rights or other civil action. Consequently, the case is **DISMISSED** and the clerk shall administratively close this case as opened in error. No filing fee is due.

    **IT IS SO ORDERED.**

Dated: June __28__, 2012.

                                           WILLIAM ALSUP
                                         UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.12\KISHOR2484.DFP.wpd